**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THADDEUS LOVE, | ) | No. CV14-2089-ODW (AS) |
|         Petitioner, | ) | |
|      v. | ) | **JUDGMENT** |
| LEROY BACA, SHERIFF FOR LOS ANGELES COUNTY | ) | |
|         Respondent. | ) | |

Pursuant to the "Order of Dismissal," IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 19, 2014.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE